[No. 43878-0-II.   Division Two.   February 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED HENRY CARPENTER IV, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00773-3, Wm. Thomas McPhee, J., entered August 29, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Maxa, J.

[No. 43981-6-II.   Division Two.   February 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM BERNARD WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01377-4, Frederick W. Fleming, J., entered September 21, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Johanson and Bjorgen, JJ.

[No. 44565-4-II.   Division Two.   February 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN RAY VICKERS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-00678-4, Barbara D. Johnson, J., entered February 1, 2013. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Penoyar and Bjorgen, JJ.

[No. 44955-2-II.   Division Two.   February 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-02283-6, John F. Nichols, J., entered April 24, 2013. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Maxa, J.